DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS MACIAS-CENDEJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>    v.                              )<br>                                    )<br>CARLOS MACIAS-CENDEJAS,             )<br>    aka Carlos Macias Cendejas,    )<br>                                    )<br>            Defendant.              )<br>_____) | NO. 2:08-cr-0044 FCD<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE<br><br>Date:  April 28, 2008<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

    It is hereby stipulated between the parties, Kyle Reardon, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant CARLOS MACIAS-CENDEJAS, that the Status Conference hearing date of April 7, 2008, is vacated and a new Status Conference hearing date of April 28, 2008, at 8:30 a.m. is hereby set.

    This continuance is requested because defense counsel is verifying defendant's criminal history and researching criminal history issues.

    It is further stipulated that the period from April 7, 2008, through and including April 28, 2008, should be excluded pursuant to

```
 1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
 2  counsel and defense preparation.
 3  Dated:  April 4, 2008              Respectfully submitted,
 4                                     DANIEL J. BRODERICK
                                       Federal Defender
 5
 6
                                        /s/ Mary M. French
 7                                     MARY M. FRENCH
                                       Supervising Assistant
 8                                     Federal Defender
                                       Attorney for Defendant
 9                                     CARLOS MACIAS-CENDEJAS
10
    Dated:  April 4, 2008              MCGREGOR W. SCOTT
11                                     United States Attorney
12
                                       /s/  Mary M. French for
13                                          Kyle Reardon
                                       _____
14                                     KYLE REARDON
                                       Assistant U.S. Attorney
15                                     per telephonic authorization
16
17
         IT IS SO ORDERED.
18
    Dated: April 4, 2008
19
20
21
22                                     _____
                                       FRANK C. DAMRELL, JR.
23                                     UNITED STATES DISTRICT JUDGE
24
25
26
27
28

    Stipulation and Order              -2-
```