```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  CARLOS MACIAS-CENDEJAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:08-cr-0044 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| ) | |
| CARLOS MACIAS-CENDEJAS, ) | Date: May 19, 2008 |
|     aka Carlos Macias Cendejas, ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |
| ) | |

It is hereby stipulated between the parties, Kyle Reardon, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant CARLOS MACIAS-CENDEJAS, that the Status Conference hearing date of April 28, 2008, is vacated and a new Status Conference hearing date of May 19, 2008, at 10:00 a.m. is hereby set.

This continuance is requested because defense counsel has filed informal objections to the pre-plea presentence report and is waiting for a response from Probation.

It is further stipulated that the period from April 28, 2008,

1  through and including May 19, 2008, should be excluded pursuant to
2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.

4  Dated: April 25, 2008                  Respectfully submitted,

5                                         DANIEL J. BRODERICK
                                          Federal Defender
6

7
                                            /s/ Mary M. French
8                                         MARY M. FRENCH
                                          Supervising Assistant
9                                         Federal Defender
                                          Attorney for Defendant
10                                        CARLOS MACIAS-CENDEJAS

11
   Dated: April 25, 2008                  MCGREGOR W. SCOTT
12                                        United States Attorney

13
                                          /s/  Mary M. French for
14                                             Kyle Reardon

15                                        _____
                                          KYLE REARDON
                                          Assistant U.S. Attorney
16                                        per telephonic authorization

17

18
        IT IS SO ORDERED.
19
   Dated: April 25, 2008
20

21

22                                        _____
                                          FRANK C. DAMRELL, JR.
23                                        UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Stipulation and Order              -2-